# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D18-4188

_____

JENNIFER BEAUDRY,

Petitioner,

v.

STATE OF FLORIDA,

Respondent.

_____

Petition for Belated Appeal—Original Jurisdiction.


May 7, 2019


PER CURIAM.

The petition for belated appeal is denied on the merits.

MAKAR, OSTERHAUS, and BILBREY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____


Jennifer Beaudry, pro se, Petitioner.

Ashley Moody, Attorney General, Tallahassee, for Respondent.